UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/18

WILSON GARALLUA,

                    Plaintiff,

-against-

COMMISSIONER OF SOCIAL
SECURITY,

                    Defendant.

16 Civ. 7949 (LAP) (BCM)

ORDER ADOPTING REPORT &
RECOMMENDATION

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Magistrate Judge Barbara Moses's Report
and Recommendation dated February 1, 2018 [dkt. no. 16] with
respect to the parties' cross-motions for judgment on the
pleadings [dkt. nos. 12, 14] ("R&R").

Any objections to the R&R were required to be filed within
fourteen days, that is, by February 15, 2018. Fed. R. Civ. P.
72(b); 28 U.S.C. § 636(b)(1). No objections were filed.

The district court must "make a de novo determination of
those portions of the report to which objection is made" and
"may accept, reject, or modify, in whole or in part, the
findings or recommendations made by the magistrate judge." 28
U.S.C. § 636(b)(1); see also Civ. L.R. 72-3(a) (requiring that
any objections be accompanied by a motion for de novo
determination). In absence of a timely objection, the Court
"need only satisfy itself that there is no clear error on the

1

face of the record in order to accept the recommendation." Fed. R. Civ. P. 72, Advisory Committee Notes (1983). The Court has reviewed the record on its face and finds no clear error.

Accordingly, the R&R is accepted in its entirety, and the case is remanded to the Administrative Law Judge.

SO ORDERED.

Dated:   New York, New York
         September 4, 2018

_____
LORETTA A. PRESKA
Senior United States District Judge